**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RONALD L. CLARKE,

        Plaintiff,

vs.                                                          Case No. 3:10-cv-844-J-32JRK

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY, et al.,

        Defendants.

## ORDER

On October 26, 2011, the Magistrate Judge issued a Report and Recommendation recommending dismissal of this case with prejudice based on plaintiff's failure to respond to any Court Orders once his attorney was permitted to withdraw (See Doc. 28). The docket shows that the Report and Recommendation was served on plaintiff yet no objections to the Report and Recommendation were filed.

Accordingly, upon independent and de novo review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 28), it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 28) of the Magistrate Judge is **ADOPTED** in full as the opinion of the Court.

2. This case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 3.10(a), United States District Court, Middle District of

Florida, for failure to prosecute.

    3.    All pending motions and deadlines are **TERMINATED AS MOOT.**

    4.    The Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 7th day of December, 2011.

TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies:

Honorable James R. Klindt
United States Magistrate Judge

pro se plaintiff

counsel of record